UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JACQUELINE HALBIG, *et al.*             )
                                        )
                Plaintiffs,             )
                                        )
        v.                              )       Civil Action No. 13-0623 (PLF)
                                        )
KATHLEEN SEBELIUS,                      )
  U.S. Secretary of Health and Human    )
  Services, *et al.*,                   )
                                        )
                Defendants.             )
_____ )

                              ORDER

        For the reasons stated in open court this same day, it is hereby

        ORDERED that [Dkt. No. 30] plaintiffs' motion for a preliminary injunction is

DENIED.  This is an appealable order.  See 28 U.S.C. § 1292(a)(1).

        SO ORDERED.



                                        /s/_____
                                        PAUL L. FRIEDMAN
DATE:  October 22, 2013                 United States District Judge